## Fourth Department, July, 1958

### (July 9, 1958)

■ PHILIP GARBUTT ROD AND GUN CLUB, INC., Appellant, v. LOIS R. WELLS et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Equity Term declaring the record title of plaintiff to the property in question to be void and awarding full and exclusive possession of the property to defendants Minster.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.